

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO TOOL & DIE CO., Inc., | § | No. 08-19-00087-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CARLOS MENDEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017-DCV0027) |
| | § | |

**O RDER**

Pending before the Court is a petition for permissive appeal filed by El Paso Tool & Die Co., Inc. *See* TEX.R.APP.P. 28.3. The petition is GRANTED. Pursuant to Rule 28.3(k), a notice of appeal is deemed to have been filed by El Paso Tool & Die Co., Inc. on the date of this order and the appeal will be governed by the rules applicable to accelerated appeals. El Paso Tool & Die Co., Inc. is directed to take all necessary steps to cause the appellate record to be filed. *See* TEX.R.APP.P. 34.5, 34.6. The clerk's record and the reporter's record, if any, are due to be filed no later than May 5, 2019. The Clerk of the Court shall file a copy of this order with the trial court clerk. *See* TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 25th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.